| Case | Disposition | Date | Lower Court |
|---|---|---|---|
| Lang v. Shaffer | 642 MDA 2016 Vacated and Remanded | 02/27/2017 | 09–4259 (Centre) |
| Com. v. Hochschild | 683 MDA 2016 Affirmed | 02/27/2017 | CP–22–CR–0001979–2003 (Dauphin) |
| DRB, Inc. v. Keller | 1061 MDA 2016 Affirmed | 02/27/2017 | 2013–SU–003465–94 (York) |
| Com. v. Danysh | 1068 MDA 2016 Affirmed | 02/27/2017 | CP–58–CR–0000132–1996 (Susquehanna) |
| Com. v. Bernal | 1129 MDA 2016 Affirmed | 02/27/2017 | CP–31–CR–0000615–2014 (Huntingdon) |
| In the Interest of: Z.J.M. | 1164 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 02/27/2017 | 39–AD–2016 CP–22–DP–117–2013 (Dauphin) |
| In the Interest of: Z.O.B. | 1165 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 02/27/2017 | 38–AD–2016 CP–22–DP–116–2013 (Dauphin) |
| In the Int. of Z.J.M.; Appeal of M.B. | 1208 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 02/27/2017 | 39 AD 2016 CP–22–DP–117–2013 (Dauphin) |
| In the Interest of: Z.O.B. | 1209 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 02/27/2017 | 38–AD–2016/CP–22–DP–116–2013 (Dauphin) |
| In the Interest of: Z.O.B. | 1240 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 02/27/2017 | 38–AD–2016 CP–22–DP–0000116–2013 (Dauphin) |
| In the Interest of: Z.J.M. | 1241 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 02/27/2017 | 39–AD–2016 CP–22–DP–117–2013 (Dauphin) |
| In re Adoption of H.D.S. | 1510 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 02/27/2017 | 545 of 2016 (Lancaster) |